**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: TANDET, BRUCE | § Case No. 08-05647-ABG |
| | § |
| | § |
| Debtor(s) | § |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 10, 2008.  The undersigned trustee was appointed on March 10, 2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $         78,600.29

      Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 211.12 |
| Bank service fees | 2,372.86 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]        $ | 76,016.31 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/23/2009 and the deadline for filing governmental claims was 09/06/2008. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,180.01. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $7,180.01, for a total compensation of $7,180.01.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $157.20 and now requests reimbursement for expenses of $0.00, for total expenses of $157.20.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/02/2015      By: /s/JOHN E. GIERUM
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-05647-ABG   **Trustee:** (520171) JOHN E. GIERUM
**Case Name:** TANDET, BRUCE   **Filed (f) or Converted (c):** 03/10/08 (f)
   **§341(a) Meeting Date:** 04/11/08
**Period Ending:** 03/02/15   **Claims Bar Date:** 11/23/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Debtor's residence:, Location: 1121 Belmar Lane, | 350,000.00 | 7,384.71 | | 0.00 | FA |
| 2 | Cash on Debtor's person | 25.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account - National City Bank | 200.00 | 0.00 | | 0.00 | FA |
| 4 | 4 sets of bedroom furniture, miscellaneous appli | 1,500.00 | 0.00 | | 0.00 | FA |
| 5 | Miscellaneous prints | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Miscellaneous wearing apparel | 100.00 | 0.00 | | 0.00 | FA |
| 7 | 1 watch, 1 ring | 200.00 | 0.00 | | 0.00 | FA |
| 8 | 1 digital camera | 50.00 | 0.00 | | 0.00 | FA |
| 9 | Janus IRA | 23,140.94 | 0.00 | | 0.00 | FA |
| 10 | Fidelity IRA | 206,000.00 | 0.00 | | 0.00 | FA |
| 11 | TIA Cref IRA | 65,194.21 | 0.00 | | 0.00 | FA |
| 12 | Tandet & Associates | 0.00 | 0.00 | | 7,500.00 | FA |
| 13 | Tandet Family, LLC (1% interest) | 485.00 | 485.00 | | 7,500.00 | FA |
| 14 | Dunhill Development, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Millwork Construction, Inc. (See Footnote) | 0.00 | 0.00 | | 7,500.00 | FA |
| 16 | Froman Enterprises, Inc. | 0.00 | 0.00 | | 7,500.00 | FA |
| 17 | Ghetzler Aero-Power Corp. (25% ownership) | 0.00 | 0.00 | | 7,500.00 | FA |
| 18 | Greycliff Properties, LLC (1% ownership) | 5,520.00 | 5,520.00 | | 7,500.00 | FA |
| 19 | Lazarus, LLC (1% interest) | 5,150.00 | 5,150.00 | | 4,000.00 | FA |
| 20 | Lazarus, LLC II (1% interest) | 2,425.50 | 2,425.50 | | 3,500.00 | FA |
| 21 | Millwork Construction, Inc. | 15,000.00 | 15,000.00 | | 15,000.00 | FA |
| 22 | 2002 RX300 (90,000 miles) | 7,000.00 | 4,600.00 | | 3,600.00 | FA |
| 23 | 1998 Volkswagen Beetle (90,000 miles) | 3,500.00 | 3,500.00 | | 0.00 | FA |
| 24 | Snowblower, patio furniture and barbeque grill | 200.00 | 0.00 | | 0.00 | FA |
| 25 | Greycliff Properties II, LLC  (u) | 0.00 | 0.00 | | 7,500.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.29 | Unknown |
| 26 | **Assets   Totals** (Excluding unknown values) | **$685,790.65** | **$44,065.21** | | **$78,600.29** | **$0.00** |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 08-05647-ABG  
**Case Name:** TANDET, BRUCE

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 03/10/08 (f)  
**§341(a) Meeting Date:** 04/11/08

**Period Ending:** 03/02/15

**Claims Bar Date:** 11/23/09

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

RE PROP# 15    duplicate of asset 21

**Major Activities Affecting Case Closing:**

    Awaiting special counsel to do fee application, due to complexiity of retention needed approval of creditor nad should now be filed soon. Due to circumstances of case fee application has to be ruled upon prior to TFR.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2011   **Current Projected Date Of Final Report (TFR):**   September 30, 2105

Exhibit B

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 08-05647-ABG  
**Case Name:** TANDET, BRUCE  

**Taxpayer ID #:** **-***4001  
**Period Ending:** 03/02/15  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******63-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/31/11 | {22} | Bruce Tandet | sale of Lexus to debtor | 1129-000 | 3,600.00 | | 3,600.00 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,600.02 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,600.05 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,600.07 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,600.10 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,600.12 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,600.15 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 6.90 | 3,593.25 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,593.28 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,568.28 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,568.30 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,543.30 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,543.33 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,518.33 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,518.35 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,493.35 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,493.37 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,468.37 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,468.39 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,443.39 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,418.39 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,393.39 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,368.39 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,343.39 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,318.39 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,293.39 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,268.39 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,243.39 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,218.39 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,193.39 |
| 12/18/12 | | Jordan Kowal & Apostol LLC Trust Account | | | 75,000.00 | | 78,193.39 |
| | {12} | | SALE PROCEEDS    7,500.00 | 1129-000 | | | 78,193.39 |
| | {13} | | SALE PROCEEDS    7,500.00 | 1129-000 | | | 78,193.39 |
| | {15} | | SALE PROCEEDS    7,500.00 | 1129-000 | | | 78,193.39 |
| | {16} | | SALE PROCEEDS    7,500.00 | 1129-000 | | | 78,193.39 |
| | {17} | | SALE PROCEEDS    7,500.00 | 1129-000 | | | 78,193.39 |

Subtotals :    $78,600.29    $406.90

{} Asset reference(s)

Printed: 03/02/2015 03:54 PM    V.13.21

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 08-05647-ABG  
**Case Name:** TANDET, BRUCE  

**Taxpayer ID #:** **-***4001  
**Period Ending:** 03/02/15  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******63-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | {18} | | SALE PROCEEDS | 7,500.00 | 1129-000 | | | 78,193.39 |
| | {19} | | SALE PROCEEDS | 4,000.00 | 1129-000 | | | 78,193.39 |
| | {20} | | SALE PROCEEDS | 3,500.00 | 1129-000 | | | 78,193.39 |
| | {21} | | SALE PROCEEDS receivable collection | 15,000.00 | 1121-000 | | | 78,193.39 |
| | {25} | | SALE PROCEEDS | 7,500.00 | 1229-000 | | | 78,193.39 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 57.55 | 78,135.84 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001052017188 20130103 | | 9999-000 | | 78,135.84 | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 78,600.29 | 78,600.29 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 78,135.84 | |
| | | | **Subtotal** | | | 78,600.29 | 464.45 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$78,600.29** | **$464.45** | |

{} Asset reference(s)

Printed: 03/02/2015 03:54 PM V.13.21

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 08-05647-ABG | | **Trustee:** | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| **Case Name:** | TANDET, BRUCE | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | ****-******63-66 - Checking Account |
| **Taxpayer ID #:** | **-***4001 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 03/02/15 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)      Printed: 03/02/2015 03:54 PM      V.13.21

## Form 2
### Cash Receipts And Disbursements Record

**Case Number:** 08-05647-ABG  
**Case Name:** TANDET, BRUCE  

**Taxpayer ID #:** **-***4001  
**Period Ending:** 03/02/15  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0365 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 78,135.84 | | 78,135.84 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 119.85 | 78,015.99 |
| 02/08/13 | 11001 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2013 FOR CASE #08-05647, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/2013 | 2200-000 | | 86.47 | 77,929.52 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 104.67 | 77,824.85 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 108.20 | 77,716.65 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 119.23 | 77,597.42 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 115.33 | 77,482.09 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 104.01 | 77,378.08 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 122.42 | 77,255.66 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 111.12 | 77,144.54 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 107.26 | 77,037.28 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 121.89 | 76,915.39 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 103.25 | 76,812.14 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 121.53 | 76,690.61 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 113.98 | 76,576.63 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 102.79 | 76,473.84 |
| 03/04/14 | 11002 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2014 FOR CASE #08-05647, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 02/01/14 | 2200-000 | | 70.73 | 76,403.11 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.25 | 76,296.86 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 117.06 | 76,179.80 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 109.57 | 76,070.23 |
| 02/18/15 | 11003 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #08-05647, Reimbursement for Blanket Bond No. 10BSBGR6291 | 2300-000 | | 53.92 | 76,016.31 |
| | | | ACCOUNT TOTALS | | 78,135.84 | 2,119.53 | $76,016.31 |
| | | | Less: Bank Transfers | | 78,135.84 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 2,119.53 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$2,119.53** | |

{} Asset reference(s)  
Printed: 03/02/2015 03:54 PM V.13.21

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| **Case Number:** | 08-05647-ABG | **Trustee:** | JOHN E. GIERUM (520171) |
| --- | --- | --- | --- |
| **Case Name:** | TANDET, BRUCE | **Bank Name:** | Rabobank, N.A. |
| | | **Account:** | ******0365 - Checking Account |
| **Taxpayer ID #:** | **-***4001 | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 03/02/15 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| Checking # ****-******63-65 | 78,600.29 | 464.45 | 0.00 |
| Checking # ****-******63-66 | 0.00 | 0.00 | 0.00 |
| Checking # ******0365 | 0.00 | 2,119.53 | 76,016.31 |
| | $78,600.29 | $2,583.98 | $76,016.31 |

{} Asset reference(s)

# Claims Proposed Distribution

## Case:  08-05647-ABG   TANDET, BRUCE

**Case Balance:** $76,016.31   **Total Proposed Payment:** $76,016.31   **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | JOHN E. GIERUM <2100-00 Trustee Compensation> | Admin Ch. 7 | 7,180.01 | 7,180.01 | 0.00 | 7,180.01 | 7,180.01 | 68,836.30 |
|  | Lois West, Popowcer Katten, Ltd. <3410-00 Accountant for Trustee Fees (Other Firm)> | Admin Ch. 7 | 1,656.00 | 1,656.00 | 0.00 | 1,656.00 | 1,656.00 | 67,180.30 |
|  | JOHN E. GIERUM <2200-00 Trustee Expenses> | Admin Ch. 7 | 157.20 | 157.20 | 157.20 | 0.00 | 0.00 | 67,180.30 |
|  | Paula Jacobi,Barnes & Thornburg LLP <3210-60 Special Counsel for Trustee Fees> | Admin Ch. 7 | 48,231.35 | 48,231.35 | 0.00 | 48,231.35 | 48,231.35 | 18,948.95 |
| 1 | LaSalle Bank Midwest | Unsecured | 46,000.00 | 46,000.00 | 0.00 | 46,000.00 | 798.97 | 18,149.98 |
| 2 | DISCOVER BANK | Unsecured | 4,690.06 | 4,690.06 | 0.00 | 4,690.06 | 81.46 | 18,068.52 |
| 3 | DISCOVER BANK | Unsecured | 462.95 | 462.95 | 0.00 | 462.95 | 8.04 | 18,060.48 |
| 4 | Chase Bank USA NA | Unsecured | 20,194.81 | 20,194.81 | 0.00 | 20,194.81 | 350.76 | 17,709.72 |
| 6 | American Express Centurion Bank | Unsecured | 3,671.90 | 3,671.90 | 0.00 | 3,671.90 | 63.78 | 17,645.94 |
| 7 | American Express Bank FSB | Unsecured | 3,400.92 | 3,400.92 | 0.00 | 3,400.92 | 59.07 | 17,586.87 |
| 8 | Richard Ruebe | Unsecured | 250,000.00 | 250,000.00 | 0.00 | 250,000.00 | 4,342.22 | 13,244.65 |
| 9 | Lakeside Bank | Unsecured | 576,985.27 | 576,985.27 | 0.00 | 576,985.27 | 10,021.58 | 3,223.07 |
| 10 | Lakeside Bank | Unsecured | 158,240.78 | 158,240.78 | 0.00 | 158,240.78 | 2,748.46 | 474.61 |
| 11 | FIA CARD SERVICES, NA/BANK OF AMERICA | Unsecured | 27,325.13 | 27,325.13 | 0.00 | 27,325.13 | 474.61 | 0.00 |
|  | **Total for Case 08-05647 :** |  | **$1,148,196.38** | **$1,148,196.38** | **$157.20** | **$1,148,039.18** | **$76,016.31** |  |

## CASE SUMMARY

|  | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $57,224.56 | $57,224.56 | $157.20 | $57,067.36 | 100.000000% |
| **Total Unsecured Claims :** | $1,090,971.82 | $1,090,971.82 | $0.00 | $18,948.95 | 1.736887% |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 08-05647-ABG
Case Name: TANDET, BRUCE
Trustee Name: JOHN E. GIERUM

**Balance on hand:**  $ 76,016.31

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 76,016.31

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN E. GIERUM | 7,180.01 | 0.00 | 7,180.01 |
| Accountant for Trustee, Fees - Lois West, Popowcer Katten, Ltd. | 1,656.00 | 0.00 | 1,656.00 |
| Other Fees: Paula Jacobi, Barnes & Thornburg LLP | 48,231.35 | 0.00 | 48,231.35 |

Total to be paid for chapter 7 administration expenses:  $ 57,067.36
Remaining balance:  $ 18,948.95

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $ 0.00
Remaining balance:  $ 18,948.95

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 18,948.95 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,090,971.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | LaSalle Bank Midwest | 46,000.00 | 0.00 | 798.97 |
| 2 | DISCOVER BANK | 4,690.06 | 0.00 | 81.46 |
| 3 | DISCOVER BANK | 462.95 | 0.00 | 8.04 |
| 4 | Chase Bank USA NA | 20,194.81 | 0.00 | 350.76 |
| 6 | American Express Centurion Bank | 3,671.90 | 0.00 | 63.78 |
| 7 | American Express Bank FSB | 3,400.92 | 0.00 | 59.07 |
| 8 | Richard Ruebe | 250,000.00 | 0.00 | 4,342.22 |
| 9 | Lakeside Bank | 576,985.27 | 0.00 | 10,021.58 |
| 10 | Lakeside Bank | 158,240.78 | 0.00 | 2,748.46 |
| 11 | FIA CARD SERVICES, NA/BANK OF AMERICA | 27,325.13 | 0.00 | 474.61 |

| | Total to be paid for timely general unsecured claims: | $ | 18,948.95 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**