UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: TANDET, BRUCE                              §    Case No. 08-05647-ABG
                                                  §
                                                  §
                                                  §
Debtor(s)                                         §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOHN E. GIERUM_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  Clerk of the Bankruptcy Court
  Dirksen Federal Courthouse
  219 S Dearborn Street, 7th Floor
  Chicago, Il 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A hearing on the fee applications and any objections to the Final Report will be held at 1:30 pm on May 29, 2015 in Courtroom A, Lake County Courthouse,
North Branch Court
1792 Nicole Lane
Round Lake Beach, Il 60073.

UST Form 101-7-NFR (10/1/2010)

Date Mailed: 04/08/2015    By: /s/JOHN E. GIERUM
                                                    Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL 60018
(847) 318-9130

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: TANDET, BRUCE § Case No. 08-05647-ABG
§
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 78,600.29 |
| *and approved disbursements of* | $ 2,583.98 |
| *leaving a balance on hand of* [1] | $ 76,016.31 |
| **Balance on hand:** | $ 76,016.31 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 76,016.31 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN E. GIERUM | 7,180.01 | 0.00 | 7,180.01 |
| Accountant for Trustee, Fees - Lois West, Popowcer Katten, Ltd. | 1,656.00 | 0.00 | 1,656.00 |
| Other Fees: Paula Jacobi, Barnes & Thornburg LLP | 48,231.35 | 0.00 | 48,231.35 |
| Other Expenses: Clerk of the US Bankruptcy Court | 250.00 | 0.00 | 250.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 57,317.36 |
| Remaining balance: | $ 18,698.95 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 18,698.95

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 18,698.95

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,090,971.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | LaSalle Bank Midwest | 46,000.00 | 0.00 | 788.44 |
| 2 | DISCOVER BANK | 4,690.06 | 0.00 | 80.39 |
| 3 | DISCOVER BANK | 462.95 | 0.00 | 7.93 |
| 4 | Chase Bank USA NA | 20,194.81 | 0.00 | 346.13 |
| 6 | American Express Centurion Bank | 3,671.90 | 0.00 | 62.94 |
| 7 | American Express Bank FSB | 3,400.92 | 0.00 | 58.29 |
| 8 | Richard Ruebe | 250,000.00 | 0.00 | 4,284.93 |
| 9 | Lakeside Bank | 576,985.27 | 0.00 | 9,889.36 |
| 10 | Lakeside Bank | 158,240.78 | 0.00 | 2,712.20 |
| 11 | FIA CARD SERVICES, NA/BANK OF AMERICA | 27,325.13 | 0.00 | 468.34 |

**UST Form 101-7-NFR (10/1/2010)**

| | Total to be paid for timely general unsecured claims: | $ | 18,698.95 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |


Prepared By: /s/JOHN E. GIERUM
Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 08-05647-ABG
Bruce Tandet                                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: mmyers            Page 1 of 2              Date Rcvd: Apr 09, 2015
                              Form ID: pdf006         Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2015.
```
db            #+Bruce Tandet,    1121 Belmar Lane,    Buffalo Grove, IL 60089-1355
12035171      +American Express,    PO Box 0001,    Los Angeles, CA 90096-8000
14455836       American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
14455835       American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12035172      +BAC HOME LOAN SERVICING LLP,    7105 Corporate Drive,    Plano, TX 75024-4100
14417974       Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
12035173      +Chase Cardmember Service,    PO Box 15153?,    Wilmington, DE 19886-0001
12035175      +Floria Mitran,    754 7th Avenue,    Libertyville, IL 60048-3314
12035177      +LaSalle Bank,    135 South LaSalle Street,    Chicago, IL 60603-4820
12613973      +LaSalle Bank Midwest,    NC1-001-07-06 Attn: Chad Bolt,    101 N Tryon St,
                Charlotte, NC 28246-0100
12035176      +Lakeside Bank,    c/o Megan A. Witzle,    30 N. LaSalle St., Suite 3000,    Chicago, IL 60602-3481
14718859      +Lakeside Bank,    c/o Paula K. Jacobi,    Barnes & Thornburg LLP,
                One North Wacker Drive, ste 4400,    Chicago, Illinois 60606-2841
12104177      +MTA Contractors Inc,    16407 Tanbark Drive,    Tinley Park, IL 60477-1250
12035178      +National City,    PO Box 856176,    Louisville, KY 40285-6176
12035179      +National City Bank,    PO Box 856176,    Louisville, KY 40285-6176
12035180      +Richard Ruebe,    c/o Synergy Law Group, LLC,    730 West Randolph, 6th Floor,
                Chicago, IL 60661-2150
12035181      +Steven Tandet,    3784 Rock Hill Road,    Birmingham, AL 35223-1560
12035182      +Susan Tandet,    1121 Belmar Lane,    Buffalo Grove, IL 60089-1355
12035183       Tandet & Associates,    121 Belmar Lane,    Buffalo Grove, IL 60089
12035184      ++WACHOVIA BANK NA,    MAC X2303-01A,    1 HOME CAMPUS,    1ST FLOOR,    DES MOINES IA 50328-0001
               (address filed with court: Wachovia Bank. N.A.,     PO Box 530554,    Atlanta, GA 30353)
12035170      +Wachovia Mortgage Company,    PO Box 659508,    San Antonio, TX 78265-9508

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14355913       E-mail/PDF: mrdiscen@discover.com Apr 10 2015 00:54:20      DISCOVER BANK,    DFS Services LLC,
                PO Box 3025,    New Albany, Ohio 43054-3025
12035174       E-mail/PDF: mrdiscen@discover.com Apr 10 2015 00:54:20      Discover,    PO Box 30395,
                Salt Lake City, UT 84130
14743185       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 10 2015 00:54:14
                FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,
                PO Box 248809,    Oklahoma City, OK 73124-8809
12104171      +E-mail/Text: jdflitigationanalyticsteam@johndeere.com Apr 10 2015 00:52:49
                John Deere Credit,    6400 NW 86th St,    Johnston, IA 50131-3087
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Barnes & Thornburg, LLP
14417975*       Chase Bank USA NA,    P.O. BOX 15145,    Wilmington DE 19850-5145
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1           User: mmyers                Page 2 of 2                   Date Rcvd: Apr 09, 2015
                               Form ID: pdf006             Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 8, 2015 at the address(es) listed below:
              Gregory J Jordan    on behalf of Debtor Bruce  Tandet gjordan@jz-llc.com
              John E Gierum    on behalf of Accountant Lois  West jgierum@7trustee.net,    IL25@ecfcbis.com
              John E Gierum     jgierum@7trustee.net,    IL25@ecfcbis.com
              John E Gierum    on behalf of Trustee John E Gierum jgierum@7trustee.net,    IL25@ecfcbis.com
              Lester A Ottenheimer, III    on behalf of Debtor Bruce  Tandet lottenheimer@olawgroup.com,
               nfishkin@olawgroup.com
              Michael J Halpin    on behalf of Creditor   Wachovia Mortgage, FSB fka World Savings
               mhalpin@atty-pierce.com,    northerndistrict@atty-pierce.com
              Michael K Desmond    on behalf of Defendant Susan  Tandet mdesmond@fslegal.com,
               dorisbay@fslegal.com
              Michael K Desmond    on behalf of Defendant Steven  Tandet mdesmond@fslegal.com,
               dorisbay@fslegal.com
              Michael K Desmond    on behalf of Defendant Stacy  Tandet mdesmond@fslegal.com,
               dorisbay@fslegal.com
              Michael K Desmond    on behalf of Defendant Ross  Tandet mdesmond@fslegal.com,
               dorisbay@fslegal.com
              Michael K Desmond    on behalf of Defendant Sarah  Tandet mdesmond@fslegal.com,
               dorisbay@fslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Paula  Jacobi    on behalf of Trustee John E Gierum ,    jsantana@btlaw.com;jbennett@btlaw.com
              Paula K. Jacobi, Esq.    on behalf of Plaintiff   Lakeside Bank pjacobi@btlaw.com,
               jsantana@btlaw.com;jbennett@btlaw.com
              Paula K. Jacobi, Esq.    on behalf of Creditor   Lakeside Bank pjacobi@btlaw.com,
               jsantana@btlaw.com;jbennett@btlaw.com
              Paula K. Jacobi, Esq.    on behalf of Trustee John E Gierum pjacobi@btlaw.com,
               jsantana@btlaw.com;jbennett@btlaw.com
              Paula K. Jacobi, Esq.    on behalf of Plaintiff John E.  Gierum pjacobi@btlaw.com,
               jsantana@btlaw.com;jbennett@btlaw.com
              Shelly A. DeRousse    on behalf of Creditor   Lakeside Bank sderousse@freeborn.com,
               bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com
              Stewart A Chapman    on behalf of Creditor   Wachovia Mortgage, FSB fka World Savings
               northerndistrict@atty-pierce.com
              Thomas C. Crooks    on behalf of Defendant David  McCarty tcrooks@barristers.com,
               kdavis@barristers.com
              Timothy S. McFadden    on behalf of Creditor   Lakeside Bank tmcfadden@btlaw.com
              Timothy S. McFadden    on behalf of Plaintiff   Lakeside Bank tmcfadden@btlaw.com
              Timothy S. McFadden    on behalf of Plaintiff John E.  Gierum tmcfadden@btlaw.com
                                                                                              TOTAL: 23