# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: TANDET, BRUCE | § | Case No. 08-05647-ABG |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $650,210.15 *(without deducting any secured claims)* | Assets Exempt: $314,110.15 |
| Total Distribution to Claimants:$18,698.95 | Claims Discharged Without Payment: $1,072,272.87 |
| Total Expenses of Administration:$59,901.34 | |

3)  Total gross receipts of $      78,600.29    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $      4,284.93   (see **Exhibit 2**), yielded net receipts of  $74,315.36 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 59,901.34 | 59,901.34 | 59,901.34 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 1,090,971.82 | 1,090,971.82 | 18,698.95 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,150,873.16 | $1,150,873.16 | $78,600.29 |

4)  This case was originally filed under Chapter 7 on March 10, 2008. The case was pending for 91 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/18/2015             By:  /s/JOHN E. GIERUM
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Tandet & Associates | 1129-000 | 7,500.00 |
| Tandet Family, LLC (1% interest) | 1129-000 | 7,500.00 |
| Millwork Construction, Inc. | 1129-000 | 7,500.00 |
| Froman Enterprises, Inc. | 1129-000 | 7,500.00 |
| Ghetzler Aero-Power Corp. (25% ownership) | 1129-000 | 7,500.00 |
| Greycliff Properties, LLC (1% ownership) | 1129-000 | 7,500.00 |
| Lazarus, LLC (1% interest) | 1129-000 | 4,000.00 |
| Lazarus, LLC II (1% interest) | 1129-000 | 3,500.00 |
| Millwork Construction, Inc. | 1121-000 | 15,000.00 |
| 2002 RX300 (90,000 miles) | 1129-000 | 3,600.00 |
| Greycliff Properties II, LLC | 1229-000 | 7,500.00 |
| Interest Income | 1270-000 | 0.29 |
| **TOTAL GROSS RECEIPTS** | | $78,600.29 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Clerk of the Bankruptcy Court | Unclaimed Funds | 8500-002 | 4,284.93 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $4,284.93 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN E. GIERUM | 2100-000 | N/A | 7,180.01 | 7,180.01 | 7,180.01 |
| Clerk of the US Bankruptcy Court | 2990-000 | N/A | 250.00 | 250.00 | 250.00 |
| Lois West, Popowcer Katten, Ltd. | 3410-000 | N/A | 1,656.00 | 1,656.00 | 1,656.00 |
| JOHN E. GIERUM | 2200-000 | N/A | 211.12 | 211.12 | 211.12 |
| Paula Jacobi, Barnes & Thornburg LLP | 3210-600 | N/A | 48,231.35 | 48,231.35 | 48,231.35 |
| The Bank of New York Mellon | 2600-000 | N/A | 6.90 | 6.90 | 6.90 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 57.55 | 57.55 | 57.55 |

**UST Form 101-7-TDR (10/1/2010)**

| Rabobank, N.A. | 2600-000 | N/A | 119.85 | 119.85 | 119.85 |
| Rabobank, N.A. | 2600-000 | N/A | 104.67 | 104.67 | 104.67 |
| Rabobank, N.A. | 2600-000 | N/A | 108.20 | 108.20 | 108.20 |
| Rabobank, N.A. | 2600-000 | N/A | 119.23 | 119.23 | 119.23 |
| Rabobank, N.A. | 2600-000 | N/A | 115.33 | 115.33 | 115.33 |
| Rabobank, N.A. | 2600-000 | N/A | 104.01 | 104.01 | 104.01 |
| Rabobank, N.A. | 2600-000 | N/A | 122.42 | 122.42 | 122.42 |
| Rabobank, N.A. | 2600-000 | N/A | 111.12 | 111.12 | 111.12 |
| Rabobank, N.A. | 2600-000 | N/A | 107.26 | 107.26 | 107.26 |
| Rabobank, N.A. | 2600-000 | N/A | 121.89 | 121.89 | 121.89 |
| Rabobank, N.A. | 2600-000 | N/A | 103.25 | 103.25 | 103.25 |
| Rabobank, N.A. | 2600-000 | N/A | 121.53 | 121.53 | 121.53 |
| Rabobank, N.A. | 2600-000 | N/A | 113.98 | 113.98 | 113.98 |
| Rabobank, N.A. | 2600-000 | N/A | 102.79 | 102.79 | 102.79 |
| Rabobank, N.A. | 2600-000 | N/A | 106.25 | 106.25 | 106.25 |
| Rabobank, N.A. | 2600-000 | N/A | 117.06 | 117.06 | 117.06 |
| Rabobank, N.A. | 2600-000 | N/A | 109.57 | 109.57 | 109.57 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$59,901.34** | **$59,901.34** | **$59,901.34** |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | LaSalle Bank Midwest | 7100-000 | N/A | 46,000.00 | 46,000.00 | 788.44 |
| 2 | DISCOVER BANK | 7100-000 | N/A | 4,690.06 | 4,690.06 | 80.39 |
| 3 | DISCOVER BANK | 7100-000 | N/A | 462.95 | 462.95 | 7.93 |
| 4 | Chase Bank USA NA | 7100-000 | N/A | 20,194.81 | 20,194.81 | 346.13 |
| 6 | American Express Centurion Bank | 7100-000 | N/A | 3,671.90 | 3,671.90 | 62.94 |
| 7 | American Express Bank FSB | 7100-000 | N/A | 3,400.92 | 3,400.92 | 58.29 |
| 8 | Richard Ruebe | 7100-000 | N/A | 250,000.00 | 250,000.00 | 4,284.93 |
| 9 | Lakeside Bank | 7100-000 | N/A | 576,985.27 | 576,985.27 | 9,889.36 |
| 10 | Lakeside Bank | 7100-000 | N/A | 158,240.78 | 158,240.78 | 2,712.20 |
| 11 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 27,325.13 | 27,325.13 | 468.34 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $0.00 | $1,090,971.82 | $1,090,971.82 | $18,698.95 |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 08-05647-ABG | Trustee: | (520171) | JOHN E. GIERUM |
|---|---|---|---|---|
| Case Name: | TANDET, BRUCE | Filed (f) or Converted (c): | 03/10/08 (f) | |
| | | §341(a) Meeting Date: | 04/11/08 | |
| Period Ending: 09/18/15 | | Claims Bar Date: | 11/23/09 | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Debtor's residence:, Location: 1121 Belmar Lane, | 350,000.00 | 7,384.71 | | 0.00 | FA |
| 2 | Cash on Debtor's person | 25.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account - National City Bank | 200.00 | 0.00 | | 0.00 | FA |
| 4 | 4 sets of bedroom furniture, miscellaneous appli | 1,500.00 | 0.00 | | 0.00 | FA |
| 5 | Miscellaneous prints | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Miscellaneous wearing apparel | 100.00 | 0.00 | | 0.00 | FA |
| 7 | 1 watch, 1 ring | 200.00 | 0.00 | | 0.00 | FA |
| 8 | 1 digital camera | 50.00 | 0.00 | | 0.00 | FA |
| 9 | Janus IRA | 23,140.94 | 0.00 | | 0.00 | FA |
| 10 | Fidelity IRA | 206,000.00 | 0.00 | | 0.00 | FA |
| 11 | TIA Cref IRA | 65,194.21 | 0.00 | | 0.00 | FA |
| 12 | Tandet & Associates | 0.00 | 0.00 | | 7,500.00 | FA |
| 13 | Tandet Family, LLC (1% interest) | 485.00 | 485.00 | | 7,500.00 | FA |
| 14 | Dunhill Development, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Millwork Construction, Inc. (See Footnote) | 0.00 | 0.00 | | 7,500.00 | FA |
| 16 | Froman Enterprises, Inc. | 0.00 | 0.00 | | 7,500.00 | FA |
| 17 | Ghetzler Aero-Power Corp. (25% ownership) | 0.00 | 0.00 | | 7,500.00 | FA |
| 18 | Greycliff Properties, LLC (1% ownership) | 5,520.00 | 5,520.00 | | 7,500.00 | FA |
| 19 | Lazarus, LLC (1% interest) | 5,150.00 | 5,150.00 | | 4,000.00 | FA |
| 20 | Lazarus, LLC II (1% interest) | 2,425.50 | 2,425.50 | | 3,500.00 | FA |
| 21 | Millwork Construction, Inc. | 15,000.00 | 15,000.00 | | 15,000.00 | FA |
| 22 | 2002 RX300 (90,000 miles) | 7,000.00 | 4,600.00 | | 3,600.00 | FA |
| 23 | 1998 Volkswagen Beetle (90,000 miles) | 3,500.00 | 3,500.00 | | 0.00 | FA |
| 24 | Snowblower, patio furniture and barbeque grill | 200.00 | 0.00 | | 0.00 | FA |
| 25 | Greycliff Properties II, LLC (u) | 0.00 | 0.00 | | 7,500.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.29 | FA |
| 26 | **Assets    Totals** (Excluding unknown values) | **$685,790.65** | **$44,065.21** | | **$78,600.29** | **$0.00** |

Printed: 09/18/2015 01:52 PM    V.13.25

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 08-05647-ABG | **Trustee:** (520171) JOHN E. GIERUM |
| **Case Name:** TANDET, BRUCE | **Filed (f) or Converted (c):** 03/10/08 (f) |
| | **§341(a) Meeting Date:** 04/11/08 |
| **Period Ending:** 09/18/15 | **Claims Bar Date:** 11/23/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

RE PROP# 15    duplicate of asset 21

**Major Activities Affecting Case Closing:**

Awaiting  special counsel to do fee application, due to complexiity of retention needed approval of creditor nad should now be filed soon. Due to circumstances of case
fee application has to be ruled upon prior to TFR.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2011        **Current Projected Date Of Final Report (TFR):**    April 8, 2015  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 08-05647-ABG | **Trustee:** JOHN E. GIERUM (520171) |
| **Case Name:** TANDET, BRUCE | **Bank Name:** The Bank of New York Mellon |
| | **Account:** ****-******63-65 - Checking Account |
| **Taxpayer ID #:** **-***4001 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 09/18/15 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/31/11 | {22} | Bruce Tandet | sale of Lexus to debtor | 1129-000 | 3,600.00 | | 3,600.00 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,600.02 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,600.05 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,600.07 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,600.10 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,600.12 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,600.15 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 6.90 | 3,593.25 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,593.28 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,568.28 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,568.30 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,543.30 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,543.33 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,518.33 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,518.35 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,493.35 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,493.37 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,468.37 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,468.39 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,443.39 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,418.39 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,393.39 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,368.39 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,343.39 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,318.39 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,293.39 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,268.39 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,243.39 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,218.39 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,193.39 |
| 12/18/12 | | Jordan Kowal & Apostol LLC Trust Account | | | 75,000.00 | | 78,193.39 |
| | {12} | | SALE PROCEEDS 7,500.00 | 1129-000 | | | 78,193.39 |
| | {13} | | SALE PROCEEDS 7,500.00 | 1129-000 | | | 78,193.39 |
| | {15} | | SALE PROCEEDS 7,500.00 | 1129-000 | | | 78,193.39 |
| | {16} | | SALE PROCEEDS 7,500.00 | 1129-000 | | | 78,193.39 |
| | {17} | | SALE PROCEEDS 7,500.00 | 1129-000 | | | 78,193.39 |

Subtotals :  $78,600.29  $406.90

{} Asset reference(s)

Printed: 09/18/2015 01:52 PM   V.13.25

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 08-05647-ABG | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | TANDET, BRUCE | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****.******63-65 - Checking Account |
| Taxpayer ID #: | **-***4001 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 09/18/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | {18} | | SALE PROCEEDS      7,500.00 | 1129-000 | | | 78,193.39 |
| | {19} | | SALE PROCEEDS      4,000.00 | 1129-000 | | | 78,193.39 |
| | {20} | | SALE PROCEEDS      3,500.00 | 1129-000 | | | 78,193.39 |
| | {21} | | SALE PROCEEDS     15,000.00 receivable collection | 1121-000 | | | 78,193.39 |
| | {25} | | SALE PROCEEDS      7,500.00 | 1229-000 | | | 78,193.39 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 57.55 | 78,135.84 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001052017188 20130103 | 9999-000 | | 78,135.84 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 78,600.29 | 78,600.29 | $0.00 |
| Less: Bank Transfers | 0.00 | 78,135.84 | |
| Subtotal | 78,600.29 | 464.45 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $78,600.29 | $464.45 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 08-05647-ABG |
| Case Name: | TANDET, BRUCE |
| Taxpayer ID #: | **-***4001 |
| Period Ending: | 09/18/15 |

| | |
|---|---|
| Trustee: | JOHN E. GIERUM (520171) |
| Bank Name: | The Bank of New York Mellon |
| Account: | ****-******63-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 09/18/2015 01:52 PM   V.13.25

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 08-05647-ABG

**Case Name:** TANDET, BRUCE

**Taxpayer ID #:** **-***4001

**Period Ending:** 09/18/15

**Trustee:** JOHN E. GIERUM (520171)

**Bank Name:** Rabobank, N.A.

**Account:** ******0365 - Checking Account

**Blanket Bond:** $5,000,000.00  (per case limit)

**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 78,135.84 | | 78,135.84 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 119.85 | 78,015.99 |
| 02/08/13 | 11001 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2013 FOR CASE #08-05647, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/2013 | 2200-000 | | 86.47 | 77,929.52 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 104.67 | 77,824.85 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 108.20 | 77,716.65 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 119.23 | 77,597.42 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 115.33 | 77,482.09 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 104.01 | 77,378.08 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 122.42 | 77,255.66 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 111.12 | 77,144.54 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 107.26 | 77,037.28 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 121.89 | 76,915.39 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 103.25 | 76,812.14 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 121.53 | 76,690.61 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 113.98 | 76,576.63 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 102.79 | 76,473.84 |
| 03/04/14 | 11002 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2014 FOR CASE #08-05647, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 02/01/14 | 2200-000 | | 70.73 | 76,403.11 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.25 | 76,296.86 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 117.06 | 76,179.80 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 109.57 | 76,070.23 |
| 02/18/15 | 11003 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #08-05647, Reimbursement for Blanket Bond No. 10BSBGR6291 | 2200-000 | | 53.92 | 76,016.31 |
| 05/29/15 | 11004 | JOHN E. GIERUM | Dividend paid 100.00% on $7,180.01, Trustee Compensation;  Reference: | 2100-000 | | 7,180.01 | 68,836.30 |
| 05/29/15 | 11005 | Clerk of the US Bankruptcy Court | Dividend paid 100.00% on $250.00, Other Chapter 7 Administrative Expenses; Reference: | 2990-000 | | 250.00 | 68,586.30 |
| 05/29/15 | 11006 | Lois West, Popowcer Katten, Ltd. | Dividend paid 100.00% on $1,656.00, Accountant for Trustee Fees (Other Firm); | 3410-000 | | 1,656.00 | 66,930.30 |

|  | Subtotals : | $78,135.84 | $11,205.54 |
|---|---|---|---|

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 08-05647-ABG | Trustee: | JOHN E. GIERUM (520171) |
| Case Name: | TANDET, BRUCE | Bank Name: | Rabobank, N.A. |
| | | Account: | ******0365 - Checking Account |
| Taxpayer ID #: | **-***4001 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/18/15 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Reference: | | | | |
| 05/29/15 | 11007 | Paula Jacobi,Barnes & Thornburg LLP | Dividend paid 100.00% on $48,231.35, Special Counsel for Trustee Fees;  Reference: | 3210-600 | | 48,231.35 | 18,698.95 |
| 05/29/15 | 11008 | LaSalle Bank Midwest | First and Final Distribution | 7100-000 | | 788.44 | 17,910.51 |
| 05/29/15 | 11009 | DISCOVER BANK | First and Final Distribution | 7100-000 | | 80.39 | 17,830.12 |
| 05/29/15 | 11010 | DISCOVER BANK | First and Final Distribution | 7100-000 | | 7.93 | 17,822.19 |
| 05/29/15 | 11011 | Chase Bank USA NA | First and Final Distribution | 7100-000 | | 346.13 | 17,476.06 |
| 05/29/15 | 11012 | American Express Centurion Bank | First and Final Distribution | 7100-000 | | 62.94 | 17,413.12 |
| 05/29/15 | 11013 | American Express Bank FSB | First and Final Distribution | 7100-000 | | 58.29 | 17,354.83 |
| 05/29/15 | 11014 | Richard Ruebe | First and Final Distribution Stopped on 09/03/15 | 7100-000 | | 4,284.93 | 13,069.90 |
| 05/29/15 | 11015 | Lakeside Bank | First and Final Distribution | 7100-000 | | 9,889.36 | 3,180.54 |
| 05/29/15 | 11016 | Lakeside Bank | First and Final Distribution | 7100-000 | | 2,712.20 | 468.34 |
| 05/29/15 | 11017 | FIA CARD SERVICES, NA/BANK OF AMERICA | First and Final Distribution | 7100-000 | | 468.34 | 0.00 |
| 09/03/15 | 11014 | Richard Ruebe | First and Final Distribution Stopped: check issued on 05/29/15 | 7100-000 | | -4,284.93 | 4,284.93 |
| 09/03/15 | 11018 | Clerk of the Bankruptcy Court | Unclaimed Funds | 8500-002 | | 4,284.93 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | ACCOUNT TOTALS | 78,135.84 | 78,135.84 | $0.00 |
| | Less: Bank Transfers | 78,135.84 | 0.00 | |
| | Subtotal | 0.00 | 78,135.84 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $0.00 | $78,135.84 | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ****-******63-65 | 78,600.29 | 464.45 | 0.00 |
| Checking # ****-******63-66 | 0.00 | 0.00 | 0.00 |
| Checking # ******0365 | 0.00 | 78,135.84 | 0.00 |
| | $78,600.29 | $78,600.29 | $0.00 |